UNITED STATES of America, Plaintiff–Appellee

v.

Jesus F. ALMEIDA–OLIVAS, also known as Chaparro, also known as Chuy, also known as Jose Almeida–Olivas, Defendant–Appellant.

No. 15–1276.

United States Court of Appeals, Eighth Circuit.

Submitted: July 20, 2015.

Filed: July 21, 2015.

Christine M. Blegen, Blegen Law Firm, LLC, Lee's Summit, MO, for appellant.

Joseph M. Marquez, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before LOKEN, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

Jesus Almeida–Olivas directly appeals after he pleaded guilty to federal drug charges, pursuant to a plea agreement,

---

1. The Honorable Jeffrey L. Viken, Chief Judge, United States District Court for the District of South Dakota.

and the district court[1] sentenced him within the calculated Guidelines range. His counsel has moved to withdraw, and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), raising challenges to the reasonableness of the sentence that was imposed.

The written plea agreement in this case contains an appeal waiver, and after careful de novo review, *see United States v. Scott,* 627 F.3d 702, 704 (8th Cir.2010), we will enforce the appeal waiver. The claims raised in this appeal fall within the scope of the waiver; Almeida–Olivas's testimony at the plea hearing shows that he entered into the plea agreement, and the appeal waiver, knowingly and voluntarily; and dismissing the appeal based on the waiver will not result in a miscarriage of justice. *See United States v. Andis,* 333 F.3d 886, 889–90 (8th Cir.2003) (en banc).

Further, having independently reviewed the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues outside the scope of the appeal waiver. This appeal is dismissed, and we grant counsel's motion to withdraw.

---

1. The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.